## Exhibit A to the Complaint

**Location:** Brooklyn, NY  
**Total Works Infringed:** 58  
**IP Address:** 96.232.169.35  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D50B75F3FBF36DC58F3A4FEAFB4B826C7EA6DC84<br>File Hash: 83650E0ECF2794807EDFC822E9573C5DE5FC44C1DBF249D17CF44A53281BBB52 | 05-01-2021 01:49:41 | Blacked Raw | 01-02-2018 | 01-26-2018 | PA0002101761 |
| 2 | Info Hash: 12E9D5A5076916A0D0E2D2E6C76ECEC6C71B477F<br>File Hash: A2129D366B86687DFB8D81B3F6519F5DEDC39BC5C1CEBD842AA4DD68FBD40E31 | 04-30-2021 06:36:08 | Blacked | 01-09-2021 | 02-09-2021 | PA0002276152 |
| 3 | Info Hash: 41B0235D1BFC0821806275E650E024915820E402<br>File Hash: 405ABE5CB469E85B27758E34167AD75D028FDE4C6178E200CD77F5345D2B3856 | 04-30-2021 05:50:57 | Blacked | 11-21-2017 | 01-04-2018 | PA0002069353 |
| 4 | Info Hash: D06FB7FF3800D0F03A1A06ADABCD9AB5774A5262<br>File Hash: 816F6331FFC91DA37B95BE773CAB84DC8FE97F744E1701AA9E5CBDA184600F56 | 04-30-2021 05:50:27 | Blacked Raw | 02-06-2018 | 02-20-2018 | PA0002104186 |
| 5 | Info Hash: 20861D1CFB76E8A75CBAD1AD1B9D1BD9B2BDF151<br>File Hash: 676290861BE41F9B9E155BE4CD5FA5F962A2EC3A25716EEF37B233070A387197 | 04-30-2021 05:50:20 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 6 | Info Hash: 38066F36F1740505DE4507DBB1BD7C574999ABD5<br>File Hash: BBA15EBAAC801465D9FC0F24BC2A87F217725439D6CA375B5C036851D16E1B49 | 04-21-2021 03:19:29 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 7 | Info Hash: 10CFDEE71E1144008E77108D4DE50A00ACF25AF5<br>File Hash: C8643F3B09F4EB4F78D54152D455D0D42EF8B6E46AD09044DAA324389CF994A4 | 04-20-2021 18:03:51 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 8 | Info Hash: F436716E467358A87CA812C874AD4FBE443ACD9C<br>File Hash: 5A9629BD9998889373B3711AE73D36AA68B5493EED9C8A9F6343DCED00AFFE51 | 04-16-2021 16:24:11 | Blacked Raw | 03-29-2021 | 04-14-2021 | PA0002286726 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: AEE09C2A91CA77D4B838DE680A2E55BB7B70EA7C<br>File Hash: 336EA91E27FC02DB3A3BE739D30DF344A456526E7916210918042C97F6154BDA | 04-13-2021 16:48:59 | Blacked Raw | 04-12-2021 | 04-27-2021 | PA0002288983 |
| 10 | Info Hash: DB7242A1385295C654F1596BC1E47270AD41E7FE<br>File Hash: AD468CA8031D3E3A3680F1268A7CDF31AD8C53E395C66DA879B8C211D3BA5CFF | 04-01-2021 17:12:54 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 11 | Info Hash: E786AE9B09260D1D3F6B900225CB97D78E856AA8<br>File Hash: 0D6613674087312D48D47D06F9D2BDCEC4A8DBA7FBA1F14C470747A77815695B | 03-22-2021 04:38:38 | Blacked | 03-11-2018 | 04-17-2018 | PA0002116091 |
| 12 | Info Hash: 5527B59E82F936FAFB68C6E1A30C53CDE6FDD4D4<br>File Hash: EDC16D2821028FC256DCE9EE33E07EAD98248D08B7EC171B85C35AF9D814473A | 03-22-2021 04:33:22 | Blacked | 12-26-2018 | 02-02-2019 | PA0002155307 |
| 13 | Info Hash: 7F82B5FE34ED565A2E71131B6DD7AC8E219F3ECA<br>File Hash: 43F37A806765EC617FC4BADD18E0FBAC0898F68D118FC4125A1323966BA72E13 | 03-22-2021 03:59:48 | Blacked | 08-08-2018 | 09-01-2018 | PA0002119598 |
| 14 | Info Hash: 872A849502C2254D305F9ADE13F9905E74838C88<br>File Hash: E69B090AF8C2C799606F0F21DCDB1984C2ED4DAE52C44644CB061D5FE0C6BC40 | 03-22-2021 00:04:08 | Blacked | 04-30-2017 | 06-15-2017 | PA0002037580 |
| 15 | Info Hash: 658C5AA3CE17F8F7F1D15705268C5370113D1518<br>File Hash: BFED96E80C9327F11620746784804FFEEE5C7DBA5E466DCEA79FD132C384C5A9 | 03-21-2021 06:54:20 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 16 | Info Hash: 74B6C4B2142320EF173D23A437202D324DB588BF<br>File Hash: A3DF8C921FB6A10C3FB6324B17383D1C711F4D7A024F3A50CAE1367F126CDAE0 | 02-14-2021 00:31:24 | Blacked | 01-23-2021 | 02-09-2021 | PA0002276146 |
| 17 | Info Hash: EFCFD6A363E6C1E838FF716AA23A4D25D9BCF58C<br>File Hash: EE783E0A07A576007187F56864AB35D1759FDA96881F1892692F4A92BD2B6AE0 | 02-02-2021 19:38:26 | Blacked | 12-26-2020 | 01-05-2021 | PA0002269952 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A7D1ACA9144842177C99F7CDC012CA543814753D<br>File Hash: A71B05389B4510F0A980F7D096FF9CFC45D4E16FB66C36104F8D4B57DE90DADB | 02-02-2021 19:37:46 | Blacked Raw | 12-28-2020 | 01-05-2021 | PA0002269956 |
| 19 | Info Hash: 9E7AC67ED84D7D04BF3CC582B9C85202AE696326<br>File Hash: F2A48655FBEF5FF6669D03A8713DF2668EB11CC499D2C41070BF7E2378288216 | 01-27-2021 06:18:49 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 20 | Info Hash: 46C9E3898C67156B8FDD1186397D57B9293F9835<br>File Hash: 38D24AA77289AA4CBCAE6DC4ADD2426BCA0F0D04D5F95ECF010D44E2621DEC6C | 01-26-2021 05:16:22 | Blacked Raw | 01-25-2021 | 02-09-2021 | PA0002276145 |
| 21 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 01-19-2021 20:45:35 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 22 | Info Hash: D36F51AF58B1257DB20537BE0F8C83CD5B2656FF<br>File Hash: E5C3FF6DDB02CD5910543747455B9E1AA258A27B6DDD5C286B81087C919C35B9 | 01-06-2021 17:36:21 | Blacked | 11-07-2020 | 11-24-2020 | PA0002265966 |
| 23 | Info Hash: EE2FD55113D5CA0A5A223E2A66B8CA245F1910B6<br>File Hash: 1C8D79954FAF69BA34820D3BF4AD14B5DBC7B0DCF704AF1F66BF8A25194F2CCF | 01-02-2021 23:41:36 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 24 | Info Hash: 7BED574AFA312F6831A1CDD406A5F1291515C568<br>File Hash: 0CDFAC8816AB3B68D45C3743A4C6F8B6BE16DEFDBCD039E1304DC79687B73B93 | 12-25-2020 18:12:17 | Blacked | 12-19-2020 | 01-05-2021 | PA0002269959 |
| 25 | Info Hash: 34E4DA6E5D1F0861B3294B6E641601FCDB2271B9<br>File Hash: C4F26B7087B8C215108FF4593137C894F403D2940B13FE7A97453FAB61C34E23 | 12-25-2020 18:05:56 | Blacked | 12-12-2020 | 01-04-2021 | PA0002277035 |
| 26 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12-09-2020 20:07:17 | Blacked Raw | 12-07-2020 | 12-28-2020 | PA0002269082 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: E286F7AA73F577065776C5D29062592717619591<br>File Hash: BB8C31BE21E18A2CC4F9AF12F04E4BFE930E2FE2C010CE7780EB79F2B57AB516 | 12-03-2020 05:45:06 | Blacked | 11-28-2020 | 12-28-2020 | PA0002269083 |
| 28 | Info Hash: 5CDBC938026E69BB0AB5095CBDA1D40272137848<br>File Hash: C244D99BE64B196FC48133456B2307AF2C9238C3A25D97D2027E48D309FCEA88 | 12-01-2020 05:59:23 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 29 | Info Hash: 7305155D3B1796DF506B513F8A9E58AA7AAC6C39<br>File Hash: F5C15FFC929D749BB71F63C84A287BC94E20C3325091EBE2349C35BC588A6100 | 11-19-2020 03:27:07 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |
| 30 | Info Hash: 0A9EF185B223767F424C05305222E7F14C10C734<br>File Hash: F949F9F17DF3AA3250701D1C97A6109FC5A82305A137E17785F82FD1E2C0F588 | 11-17-2020 23:20:56 | Blacked Raw | 11-16-2020 | 11-30-2020 | PA0002266360 |
| 31 | Info Hash: F02038ED79DADCF1634BEFA492E284250F51B663<br>File Hash: B235D62382C31D4D7381203DDF90467BFFB5FC1B05C7A43D4F2F01AA32FA95D1 | 11-01-2020 01:06:49 | Blacked | 10-31-2020 | 11-24-2020 | PA0002265967 |
| 32 | Info Hash: 5E871D1CBAD2A537E0A21724A348E71E8776B0B2<br>File Hash: A69B001169ED3CF1A8117085A933380E60C83563DD7E9754DEA71370443D745F | 10-29-2020 23:01:07 | Blacked Raw | 09-04-2018 | 11-01-2018 | PA0002143430 |
| 33 | Info Hash: F096E038B40D9A278744F70E8F7C332EC991A07C<br>File Hash: 6E55A7AF4CD1A273E8649EDF982DC65C0F5950AA9C00F6D2D04EAF9325AA212B | 10-29-2020 22:43:38 | Blacked Raw | 05-12-2018 | 05-24-2018 | PA0002101380 |
| 34 | Info Hash: 552E9626096594C121A34BF2254274800177A1CA<br>File Hash: 6D1772B46B0B5AD91B7C753C1D8C1EA82E8886803D5CB64B14E7EC165BD32490 | 10-27-2020 01:51:57 | Blacked Raw | 10-26-2020 | 11-18-2020 | PA0002272624 |
| 35 | Info Hash: E6D50AAE69A4485E7C9EBDF39A8B2651D4498D95<br>File Hash: 9CD11C3E531C2D0649D76701C70B9D06D35FAFBFF3A251A8B790FCC71A7E4AA0 | 10-20-2020 04:18:37 | Blacked Raw | 10-19-2020 | 11-05-2020 | PA0002263389 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 10-17-2020 23:53:23 | Blacked Raw | 10-12-2020 | 10-22-2020 | PA0002261809 |
| 37 | Info Hash: 97244A3C0DB8980FA784CC21EC09AE9D0F85720B<br>File Hash: 94A80EE103830E84493A04D619A35359CA0987C52688B46859780E6C250FA2CB | 10-17-2020 23:48:22 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 38 | Info Hash: 7C05970693631664015FA0BA24831A5B6B9EC79F<br>File Hash: 9B25E11D198FB0C68CFFE7B3DB693C4E549E9F06233EE1E20DBFE7FDBA3C7EEC | 10-06-2020 03:17:50 | Blacked Raw | 10-05-2020 | 10-22-2020 | PA0002261806 |
| 39 | Info Hash: 5F7C948EFE92A07F5C981E6F34A4D3EE27861137<br>File Hash: 901EA22168EEE02814EAFB5072EFB73879CE8F761B5D626E838CA4FA3D36402D | 10-03-2020 22:12:07 | Blacked | 10-03-2020 | 10-22-2020 | PA0002261803 |
| 40 | Info Hash: 519B912FC07154CEE0B5E2B8F3F3497D4536F516<br>File Hash: F3C5F0F912A2629A60A82F46C86E0CD2953543B7EBD73649332D4082672C9731 | 09-29-2020 03:17:27 | Blacked Raw | 09-28-2020 | 10-22-2020 | PA0002261800 |
| 41 | Info Hash: 09D65CC86F342595894E6E1AAC1BE37224B9F637<br>File Hash: 2A8F20D68655A1CAE08353247050546D2AB13AADF18DFAE66DE218D7F169C6DB | 09-27-2020 15:41:36 | Blacked | 09-26-2020 | 10-22-2020 | PA0002261801 |
| 42 | Info Hash: F819E9FAF6FA9E35BD7483238D40A9B0BCAF938C<br>File Hash: 20684FFA37B8B563623CE808629D6DD246B6480568E04AC11AE059E884F51EDA | 09-14-2020 22:16:22 | Blacked Raw | 09-14-2020 | 09-29-2020 | PA0002258688 |
| 43 | Info Hash: 653A197DA450A77DD20F0750B88394638418B4B5<br>File Hash: 128534FF6D7969AE5823419E5B6496BCF664BAF3F8780675870CF064CE3250F8 | 09-11-2020 22:42:50 | Blacked Raw | 03-18-2018 | 04-17-2018 | PA0002116068 |
| 44 | Info Hash: E7EFEE78BB7AF187945D9250D5CA886E6869E755<br>File Hash: 399BEE228417F1199983A487545D05F1AF470D5A375DA73ACB32E6D0C4D5ADCB | 09-11-2020 18:50:59 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 5A8BC94EE6DAF663693A4425805DA4185720FBF4<br>File Hash: DCA9008E159239B44ED229D021F7176DC5866A114C36F038FA6D99DA91D2F501 | 09-11-2020 18:44:11 | Vixen | 01-24-2018 | 03-02-2018 | PA0002104759 |
| 46 | Info Hash: 5C8BA544306FFC42074EF43606352DA8A8E24B1C<br>File Hash: 947B78D6EBCC7259ECAF02F029868B747BF48DF18C830C9D165238B848EA835B | 09-09-2020 02:12:22 | Blacked Raw | 09-07-2020 | 09-29-2020 | PA0002258685 |
| 47 | Info Hash: 7029C7577EF8E1741CFBFC4FEC6F872AD98C26C2<br>File Hash: EF361F2C822CBD9481183D1B62C8522BB322C62F2E43767A9E0F4D54586F65D1 | 09-09-2020 02:11:12 | Blacked | 09-05-2020 | 09-29-2020 | PA0002258686 |
| 48 | Info Hash: CBC3AF9ECD9F7F172C74D630954E70E07D940C70<br>File Hash: C2A71106B694349FD7B4F3472031A125B23687978B8613DAEDD06A1CEBC7D9A4 | 09-04-2020 21:40:37 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |
| 49 | Info Hash: C133D6E28E71854F7C9E476BE465CD63BE1C8C2B<br>File Hash: C3066DC940D2CE6351DAEA891B40F962251B482354FCA3A5F20AE3F5B9F94773 | 08-31-2020 22:47:05 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 50 | Info Hash: E1BE70247F577325171B575345E5401BA627CE46<br>File Hash: 2621A5EE4373A526C5F54686C1CEC6E92CC69B6B2B7FE78AF3DF2068B311DB2E | 08-25-2020 03:41:49 | Blacked Raw | 08-24-2020 | 09-05-2020 | PA0002255474 |
| 51 | Info Hash: 1130C4C8190EEBD3CC2E36DED9339AB5C89F7ED2<br>File Hash: 9B3A0EEC0CE104D60F96BF615547DECADA181F5AEB188FA1CC22B96BD45F01B0 | 08-23-2020 16:40:48 | Blacked | 08-22-2020 | 09-05-2020 | PA0002255479 |
| 52 | Info Hash: 0845CA27F4E0DFF04CDF9748A7E708743BBD1419<br>File Hash: A625D7A8E8B8DE4A331E4B216EE3744A82B525E5F47C46FB4030519CF44A66D3 | 08-19-2020 17:29:02 | Blacked Raw | 08-17-2020 | 09-05-2020 | PA0002255472 |
| 53 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-17-2020 11:28:22 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 814484C23BB60ED37930F523355A7914A06C6B47<br>File Hash: FCFD911170183C1B07B17680628BF5E8E66B6496AB8E2432DFD77B60F486A3D2 | 07-29-2020 17:49:04 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 55 | Info Hash: 93FA376B2CEBE61A2C29FBEC34D10AB606001FBF<br>File Hash: 47909136F4416083FA5AD3E2551BA9EA64BD2EC9305A9459DC278D8B728D1C67 | 07-29-2020 17:35:24 | Tushy | 06-30-2017 | 07-07-2017 | PA0002070818 |
| 56 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255<br>File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 07-28-2020 01:55:21 | Blacked Raw | 07-27-2020 | 08-11-2020 | PA0002252262 |
| 57 | Info Hash: 3EDEAC15127BDACFB1FC2C2B1CE331BD44085301<br>File Hash: 1674E144EF320392B42794F61A74E5E1AE265BD64258D03D2839B179458F1FE1 | 07-06-2020 21:34:23 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 58 | Info Hash: A9B652891F923FA4B1F6090BABF9E9299A23C6A4<br>File Hash: 948398B9693BBBF102BD10D0BCEA42798BB70A3DDCAC20A0A1F9F8252076F9B2 | 06-27-2020 19:28:10 | Blacked | 06-27-2020 | 07-17-2020 | PA0002248593 |